David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Janet N. Winter*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Janet N. Winter, | ) Case No. 2:15-cv-02156-JCM-GWF |
| Plaintiff, | ) |
| v. | ) **JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| FLAGSHIP CREDIT ACCEPTANCE, LLC, SYNCHRONY BANK, WEBBANK, EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| Defendants. | ) |

Plaintiff Janet N. Winter hereby moves that the above-entitled action shall

…

…

…

…

…

…

…

…

be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

     Dated:        July 10, 2016

| | |
|---|---|
| By: | By: |
| /s/David H. Krieger, Esq. | /s/Bob L. Olson, Esq. |
| David H. Krieger, Esq. | Snell & Wilmer, LLP |
| Nevada Bar No. 9086 | *Attorney for Defendant Experian* |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## ORDER

     IT IS SO ORDERED

           _____

UNITED STATES DISTRICT JUDGE

DATED:  August 5, 2016  _____